UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:11-CV-46(H)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **DEFAULT JUDGMENT** |
| ELLIS C. MCGEE, | ) ) ) |
| Defendant. | ) |

Upon motion, request, and proper showing by attorney for the plaintiff, United States of America, the above-named defendant having failed to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure, entry of default has been entered against the named defendant.

In accordance with Rule 55(b) of the Federal Rules of Civil Procedure, counsel for the plaintiff, United States of America, having requested judgment against the defaulted defendant and having filed a proper affidavit, judgment is rendered in favor of the plaintiff and against the above named defendant in the total sum of $112,294.52,(which includes principal of $78,396.88 and interest of $33,897.64 as of August 2, 2011), together with prejudgment interest accruing thereafter at the rate stated in the Complaint through the date of entry of this judgment and

costs allowed under 28 U.S.C. § 2412(a)(2) in the amount of $350. Interest on the judgment shall accrue after the date of entry at the rate of .12%.

This 28th day of December 2011.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31